UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PHOEBE ANN DRINNEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 6:23-CV-00574-CL<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the appeals council will instruct the administrative law judge to reevaluate Plaintiff's subjective complaints; offer the claimant an opportunity for a hearing; take further action to complete the administrative record resolving the above issues; and issue a new decision. Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

IT IS SO ORDERED this 15 day of December, 2023.

MARK D. CLARKE
United States Magistrate Judge

Page 1    ORDER